

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| United States of America, | Case No. 2:21-cr-00678-GMS |
|---|---|
| Plaintiff; | **CONSENT OF DEFENDANT** |
| vs. | |
| Miguel Hernandez, Jr., | |
| Defendant. | |

After full consultation with counsel, I voluntarily consent to go forward before the Unites State Magistrate Judge with my

    **X**    Change of Plea Hearing

    ___    Admission or Denial Hearing on Petition for Revocation of Probation/Supervised Release and Evidentiary Hearing regarding revocation (if required).

DATED this __31__ day of __January__, 2022.

_____
MIGUEL HERNANDEZ, JR.
Defendant

_____      _____
MARK HEATH                                       WILLIAM RUBENS
Counsel for Defendant                   Assistant U.S. Attorney